ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
The Jorgensen Forge Corporation             )    ASBCA No. 61858
                                            )
Under Contract No. N00104-13-G-A752         )

APPEARANCE FOR THE APPELLANT:       James A. King, Esq.
                                      Porter, Wright, Morris & Arthur LLP
                                      Columbus, OH

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                      Julie C. Ruggieri, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 14, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61858, Appeal of The Jorgensen Forge Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals